**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6180**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

TOMMY PABELLON,

    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., Senior District Judge. (6:97-cr-00487-HMH-2)

Submitted: July 13, 2021         Decided: July 21, 2021

Before NIEMEYER and KING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tommy Pabellon, Appellant Pro Se. Brandon Batson Hinton, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Pabellon appeals the district court's orders denying his motions for compassionate release and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pabellon*, No. 6:97-cr-00487-HMH-2 (D.S.C. Jan. 5 & Jan. 22, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*